UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN SMITH,

      Petitioner,

v.

SHAWN BREWER,

      Respondent.
_____/

Case No. 1:17-CV-31

HON. GORDON J. QUIST

## ORDER ADOPTING REPORT AND RECOMMENDATION

On October 11, 2018, Magistrate Judge Kent issued a Report and Recommendation recommending that the Court deny Petitioner's petition for writ of habeas corpus. The Report and Recommendation was served on Plaintiff on October 12, 2018. No objections have been filed pursuant to 28 U.S.C. § 636(b). Therefore the Court will adopt the Report and Recommendation.

Therefore,

**IT IS HEREBY ORDERED** that the October 11, 2018, Report and Recommendation (ECF No. 10) is **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Petitioner's habeas petition (ECF No. 1) is **DENIED**.

A separate judgment will enter.

This case is **concluded**.

Dated: November 8, 2018                                  /s/ Gordon J. Quist
                                                                           GORDON J. QUIST
                                                       UNITED STATES DISTRICT JUDGE